# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS



FILED
U.S. District Court
District of Kansas

FEB 29 2024

Clerk, U.S. District Court
By ___GMZ___ Deputy Clerk

UNITED STATES OF AMERICA,

    Plaintiff,

v.                               Case No. 6:21CR10073-001-EFM

MICHAEL R. CAPPS,

    Defendant,

and

SECURITY 1ST TITLE, LLC,

    Garnishee.

## ANSWER OF GARNISHEE SECURITY 1ST TITLE, LLC

I, __JEFF AMREIN__ (name), the __COUNSEL__ (title) of Garnishee Security 1st Title, LLC, state under penalty of perjury as follows:

Garnishee Security 1st Title, LLC, is (choose one):

☐ An individual doing business in the name of _____.

☐ A partnership: ☐ LP, ☐ LLP, or ☒ LLC, organized under the laws of the State of __KS__.

☒ A limited liability company (LLC) organized under the laws of the State of __KS__.

☐ A corporation, organized under the laws of the State of _____.

☐ Other: _____.

1

**Exhibit C**

### SECTION 1: GARNISHMENT OF NON-EARNINGS PROPERTY

Non-earnings property includes any other financial accounts, personal property, or rights to property in which the Defendant has an ownership interest or right to the property. Non-earnings property includes, but is not limited to, cash or cash equivalents; deposit accounts, including, checking accounts, savings accounts, money market deposit accounts, certificates of deposit, and shares in credit unions, brokerage houses, and other similar institutions; health savings accounts; cryptocurrency accounts; bonds; mutual funds; other investment accounts; publicly traded stocks; non-publicly traded stock and interests in businesses; retirement or pension accounts, including interest in IRA, Keogh, 401(k), 403(b) accounts, thrift savings accounts, or other pension or profit sharing plans; annuities; educational IRA; trusts; accounts receivable; insurance contracts; and safe deposit boxes.

*Question 1:*

☒ Yes ☐ No     Does Garnishee have custody, control, or possession of any non-earnings property in which the Defendant Michael R. Capps maintains an interest?

If the answer to *Question 1* is "no," proceed to the next section; otherwise, provide the following information:

| Description of Property | Approximate Value | Defendant's Interest in Property |
|---|---|---|
| 1. CASH DEPOSIT | $74,573.37 | STAKEHOLDER/ESCROW AGENT |
| 2. | $ | |
| 3. | $ | |

*Additional information for Plaintiff United States related to the garnishment:*

DEFENDANT HAS COMPETING CLAIMS TO THE FUNDS – SEE ATTACHED INTERPLEADER. WE REQUEST AN ORDER TO PAY THESE FUNDS INTO THE COURT.

2

## SECTION 2: VERIFICATION AND SERVICE

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true, correct, and complete.

Date: 2-26-24

Signature: /s/ Jeff Amrein

Print Name: JEFF AMREIN

Title: COUNSEL

Address: 2955 SW Wanamaker DR

City, State, Zip: Topeka KS 66614

Phone: 785-224-6159

E-mail: jamrein@securityist.com

## CERTIFICATE OF SERVICE

As required by 28 U.S.C. § 3205(d), Garnishee has served this Answer as follows.

The original Answer was mailed to:

Clerk of Court
United States District Court
District of Kansas
United States District Court
401 N. Market, Room 204
Wichita, KS 67202

A copy of this Answer was mailed to:

Michael R. Capps
Tulsa, OK 74107
*Defendant*

Signature: /s/ Jeff Amrein

Print Name: JEFF AMREIN

3

Sedgwick County
Register of Deeds - Tonya Buckingham
Doc.#/Flm-Pg: 30283833
Receipt #: 2409848
Pages Recorded: 3
Recording Fee: $17.00
Cashier: kmilliga
Authorized By: Tonya Buckingham
Date Recorded: 01/02/2024 01:42:21 PM

**Please do not remove this cover page, it has become part of this document**

| | |
|---|---|
| Grantor | UNITED STATES ATTORNEY |
| Grantee | CAPPS MICHAEL R |
| Type of Document | MISC.ROLF |
| Recording Fees | $17.00 |
| Mtg Reg Tax | $0.00 |
| Total Amount | $17.00 |
| Return Address | SECURITY 1ST TITLE<br>727 N WACO STE 300<br>WICHITA, KS 67203 |




Security 1st Title
2655 SW Wanamaker Rd. | Topeka, KS 66614

KANSAS CITY 640
26 FEB 2024 PM 2 L

CLERK OF COURT
US DISTRICT CT
DISTRICT OF KANSAS

401 N MARKET Room 204
WICHITA KS 67202

67202–205698